AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

|  |  |  |
|---|---|---|
| PABLO E. PANZARASA | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) ) | Civil Action No.  1:26-cv-24978-JB |
| FOOD TRES MIAMI LLC GUILLERMO D'AGUANNO FABIO ADOLFO NAPOLI | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Food Tres Miami LLC
> 3201 Buena Vista Boulevard, Suite 116, Miami, FL 33127
> c/o Registered Agent - 19370 Collins Ave, Apt. 1116 Sunny Isles, FL 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> William R. Trueba, Jr.
> AVILA RODRIGUEZ HERNANDEZ MENA & GARRO LLP
> 2525 Ponce de Leon Blvd., Penthouse, 12th Floor
> Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jul 23, 2026

Angela E. Noble
Clerk of Court

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| PABLO E. PANZARASA | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.   1:26-cv-24978-JB |
| FOOD TRES MIAMI LLC GUILLERMO D'AGUANNO FABIO  ADOLFO NAPOLI | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Guillermo D'Aguanno
> 19370 Collins Avenue, Apt. 1116
> Sunny Isles, FL 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> William R. Trueba, Jr.
> AVILA RODRIGUEZ HERNANDEZ MENA & GARRO LLP
> 2525 Ponce de Leon Blvd., Penthouse, 12th Floor
> Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jul 23, 2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

|  |  |  |
|---|---|---|
| PABLO E. PANZARASA | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) ) | Civil Action No.   1:26-cv-24978-JB |
| FOOD TRES MIAMI LLC GUILLERMO D'AGUANNO FABIO ADOLFO NAPOLI | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

FABIO ADOLFO NAPOLI
11420 NW 43RD TERRACE
DORAL, FL 33178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William R. Trueba, Jr.
AVILA RODRIGUEZ HERNANDEZ MENA & GARRO LLP
2525 Ponce de Leon Blvd., Penthouse, 12th Floor
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jul 23, 2026

Angela E. Noble
Clerk of Court

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts